EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:<br><br>Comité Asesor Permanente de Reglamento Notarial | 2023 TSPR 76<br><br>212 DPR ___ |
| --- | --- |

Número del Caso:  EN-2023-0003

Fecha:  9 de junio de 2023

Materia: Comité Asesor Permanente de Reglamento Notarial.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Comité Asesor Permanente de        EN-2023-03
Reglamento Notarial

RESOLUCIÓN

En San Juan, Puerto Rico, a 9 de junio de 2023.

Mediante Resolución de 9 de noviembre de 2020, EC-2020-01, este Tribunal constituyó, por primera vez, al Comité Asesor Permanente de Reglamento Notarial. Debido a que el puesto que ocupó uno de sus integrantes, el Lcdo. Héctor L. Torres Vilá, se encuentra vacante, se nombra a la profesional del Derecho siguiente como miembro del Comité:

Hon. Vanessa López Ortiz

Este Tribunal reconoce y agradece el compromiso y la contribución del licenciado Torres Vilá.

Esta Resolución tendrá vigencia inmediata.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo